UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
NICHOLAS VAGLlCA, individually and on
behalf of all others similarly situated,

                Plaintiff,

          v.

RECKITT BENCKISER LLC,

                Defendant.
-------------------------------------------------------- X

JUDGMENT
22-CV-05730 (NGG) (ARL)

      A Memorandum and Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on October 19, 2023, granting Defendant's Motion to Dismiss the Amended Complaint in its entirety; it is

      ORDERED and ADJUDGED that Defendant's Motion to Dismiss the Amended Complaint is granted in its entirety.

Dated: Brooklyn, NY
       October 20, 2023

Brenna B. Mahoney
Clerk of Court

                                    By:    /s/*Jalitza Poveda*
                                                  Deputy Clerk